COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Theaola Robinson v. KTRK Television, Inc.

Appellate case number:    01-14-00880-CV

Trial court case number:  2011-54895

Trial court:              234th District Court of Harris County

Appellee, KTRK Television, Inc., has filed a "Motion to Dismiss Appellant's Appeal and Request to Declare Appellant Robinson a Vexatious Litigant," and a "Motion to Expedite Appellee's Motion to Dismiss." Appellee's motion to dismiss and request to declare appellant a vexatious litigant are **denied**. Appellee's motion to expedite the motion to dismiss and alternative request to suspend the briefing deadlines are **dismissed** as moot.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   ☒ Acting individually    ☐ Acting for the Court

Date: September 3, 2015